JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | 2:19-cv-05291-ODW (ASx) | Date | April 13, 2020 |
|---|---|---|---|
| Title | *Theresa Brooke v. Park Place Commercial, LP* | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):**

   On September 12, 2019, the Court ordered Plaintiff to show cause in writing no later than October 11, 2019, why this action should not be dismissed for lack of prosecution. (ECF No. 22.) The Court indicated that it would accept Plaintiff's request for entry of default judgment or Defendant's answer as an appropriate response to the OSC. The Court advised that "[f]ailure to respond to the Court's Order may result in the dismissal of the action." (ECF No. 22.) To date, Plaintiff has failed to respond to the Court's OSC. Accordingly, the Court **DISMISSES** this action.

   **IT IS SO ORDERED.**

|  | : | 00 |
|---|---|---|
|  | Initials of Preparer | SE |